IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 AM 9: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.

No. 05-20331

ANTHONY E. ROSS,

Defendant

---

ORDER ON MOTION AMENDING CONDITIONS OF RELEASE

---

Before this Honorable Court is Defendant Anthony Ross's Motion Amending Conditions of Release. It appearing to this Court that counsel's Motion is well taken;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion Amending Conditions of Release is granted to allow Defendant to travel outside the Western District of Tennessee for employment purposes only to the State of Mississippi more specifically Olive Branch and Southaven in DeSoto County and Tunica in Tunica County, Mississippi.

Entered this the _____ day of _October_, 2005.

_____
United States District Court Judge

Date: 10/4/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-5-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20331 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT