IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.

No. 05-20331

ANTHONY E. ROSS,

       Defendant

---

### ORDER ON MOTION AMENDING CONDITIONS OF RELEASE

Before this Honorable Court is Defendant Anthony Ross's Motion Amending Conditions of Release. It appearing to this Court that counsel's Motion is well taken;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion Amending Conditions of Release is granted to allow Defendant to travel outside the Western District of Tennessee so that he may visit with family for the Thanksgiving Holidays. *and to return to the Western District immediately thereafter*

Entered this the __16th__ day of __November__, 2005.

                                      United States District Court Judge

                                      Date: 11/16/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-17-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20331 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT